No. 958. CHARLES S. LESTER, PETITIONER, *v.* EDWARD G. BENEDICT, TRUSTEE, ETC. May 15, 1911. Petition

